Donald R. Cassling

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re:                              §
                                    §
PINA, LUZ B                         §     Case No. 13-39770 DRC
                                    §
          Debtor(s)                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        KENNETH S. GARDNER
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/21/2014 in Courtroom 240,
        Kane County Courthouse
        100 S. Third Street
        Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/21/2014          By: CLERK OF BANKRUPTCY COURT
                                                      Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
PINA, LUZ B § Case No. 13-39770 DRC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 136,000.00 |
| and approved disbursements of | $ | 35,126.16 |
| leaving a balance on hand of[1] | $ | 100,873.84 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| | Scott Papendick 23W567 Pine Drive Carol Stream, IL 60188 | $ 39,685.39 | $ 39,685.39 | $ 0.00 | $ 39,685.39 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 39,685.39 |
| Remaining Balance | $ | 61,188.45 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 7,493.48 | $ 0.00 | $ 7,493.48 |
| Attorney for Trustee Fees: Cohen & Krol | $ 15,926.00 | $ 0.00 | $ 15,926.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Charges: Clerk of US Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: Cohen & Krol | $ 221.17 | $ 0.00 | $ 221.17 |

Total to be paid for chapter 7 administrative expenses     $            23,990.65

Remaining Balance                                          $            37,197.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,066.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | $ 347.72 | $ 0.00 | $ 347.72 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | ORAL SURGERY CENTER<br>C/O EDELSTEIN & EDELSTEIN<br>3825 WEST MONTROSE AVE.<br>CHICAGO, IL 60618 | $ 718.57 | $ 0.00 | $ 718.57 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,066.29 |
| | Remaining Balance | | | $ 36,131.51 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 1.14 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 36,130.37 .

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                               United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                             Case No. 13-39770-DRC
Luz B Pina                                                         Chapter 7
        Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0752-1          User: wepps               Page 1 of 2          Date Rcvd: Oct 22, 2014
                              Form ID: pdf006           Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2014.
db           +Luz B Pina,    1113 Twin Oak St.,    Bensenville, IL 60106-1442
21088358     +CBE Group,     1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
21088359     +Central Dupage Emergency Physicians,     PO BOX 5940 Dept 20-1098,    Carol Stream, IL 60197-5940
21088360     +Central Dupage Hospital,    25 N Winfield Rd,    Winfield, IL 60190-1295
21088363    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: DIRECTV,     PO Box 78626,    Phoenix, AZ 85062)
21149353     +Elmhurst Emergency MED Srvs,    1165 Paysphere Circle,     Chicago IL 60674-0011
21149354     +Gottlieb Memorial Hospital,    701 W North Avenue,    Melrose Park IL 60160-1699
21088364      Healthcare Recovery Solutions,    1515 190th St., Ste. 350,    Gardena, CA 90248-4910
21088365     +Law Offices of Edelstein & Edelstei,     3825 W. Montrose Avenue,    Chicago, IL 60618-1091
21149355     +Loyola University Medical Center,     Pob 3266,   Milwaukee WI 53201-3266
21149356     +Malcolm S Gerald & Associates,    332 S Michigan Ave., Ste 600,     Chicago IL 60604-4318
21149357     +Maywood Fire Department,    Pob 457,    Wheeling IL 60090-0457
21149358     +Metro Paramedics-Elmhurst,    Pob 1408,    Elmhurst IL 60126-8408
21431679     +ORAL SURGERY CENTER,    C/O EDELSTEIN & EDELSTEIN,     3825 WEST MONTROSE AVE.,
               CHICAGO, IL 60618-1016
21088367     +Scott D. Papendick,    23W567 Pine Drive,    Carol Stream, IL 60188-2685
21088368     +Village of Bensenville,    12 S. Center St.,    Bensenville, IL 60106-2130
21149359     +Wheaton Fire Department,    Pob 457,    Wheeling IL 60090-0457
21088369      Winfield Radiology Consultants,    6910 Madison St.,     Willowbrook, IL 60527-5504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21088361     +E-mail/Text: legalcollections@comed.com Oct 23 2014 01:29:15      Comed,    PO Box 6111,
               Carol Stream, IL 60197-6111
21088362     +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 23 2014 01:29:22
               Credit Collection Services,    2 Wells Avenue,    Newton Center, MA 02459-3246
21393009     +E-mail/Text: g17768@att.com Oct 23 2014 01:26:59      Illinois Bell Telephone Company,
               % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
21088366     +E-mail/Text: bankrup@aglresources.com Oct 23 2014 01:26:49      Nicor Gas,    PO Box 190,
               Aurora, IL 60507-0190
21088357     +E-mail/Text: g17768@att.com Oct 23 2014 01:27:00      at&t,    P.O. Box 930170,
               Dallas, TX 75393-0001
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2014 at the address(es) listed below:
              Constance M Doyle    on behalf of Debtor Luz B Pina cdoylelaw@sbcglobal.net
              E. Philip Groben    on behalf of Plaintiff Gina B. Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              E. Philip Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
```

```
District/off: 0752-1          User: wepps              Page 2 of 2           Date Rcvd: Oct 22, 2014
                              Form ID: pdf006          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                          TOTAL: 8