UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
PINA, LUZ B § Case No. 13-39770 DRC
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4)  This case was originally filed under chapter     on                    . The case was pending for     months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/GINA B. KROL_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Luz Pina |  |  |  |
| LUZ B PINA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | SCOTT PAPENDICK |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| CHICAGO TITLE INSURANCE CO. | | | | | |
| Recording fee, Survey, Water bill | | | | | |
| ASSOCIATED BANK | | | | | |
| CLERK OF US BANKRUPTCY COURT | | | | | |
| DUPAGE COUNTY TREASURER | | | | | |
| r/e Tax Credit | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| R/E Commission | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ILLINOIS BELL TELEPHONE COMPANY | | | | | |
| 000002 | ORAL SURGERY CENTER | | | | | |
| | ILLINOIS BELL TELEPHONE COMPANY | | | | | |
| | ORAL SURGERY CENTER | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-39770 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | PINA, LUZ B | | | Date Filed (f) or Converted (c): | 10/09/13 (f) |
| | | | | 341(a) Meeting Date: | 11/12/13 |
| For Period Ending: | 01/26/15 | | | Claims Bar Date: | 03/24/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 223,000.00 | 87,834.93 | | 136,000.00 | FA |
| 2. Household Goods | 600.00 | 0.00 | OA | 0.00 | FA |
| 3. CLOTHES | 200.00 | 0.00 | OA | 0.00 | FA |

|   |   |   |   | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $223,800.00 | $87,834.93 | $136,000.00 | $0.00 |
|   |   |   |   | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed.
October 21, 2014, 11:21 am

Trustee submitted TFR September 03, 2014, 03:20 pm

Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 12/31/14

          /s/     GINA B. KROL
_____  Date: 01/26/15
          GINA B. KROL

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Ver: 18.03b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-39770 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | PINA, LUZ B | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0972 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9651 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/14 | 1 | Chicago Title and Trust Company<br>5 Westbank Corp. #100<br>Westchester, IL 60154 | | | 101,048.22 | | 101,048.22 |
| | | CHICAGO TITLE AND TRUST | Memo Amount:        136,000.00<br>Gross Proceeds from Sale of Home | 1110-000 | | | |
| | | | Memo Amount:   (     5,938.10 )<br>r/e Tax Credit | 2820-000 | | | |
| | | | Memo Amount:   (     7,480.00 )<br>R/E Commission | 3510-000 | | | |
| | | LUZ PINA | Memo Amount:   (    15,000.00 )<br>Homestead Exemption | 8100-000 | | | |
| | | | Memo Amount:   (     1,914.56 )<br>Recording fee, Survey, Water bill | 2500-000 | | | |
| | | DUPAGE COUNTY TREASURER | Memo Amount:   (     3,094.12 )<br>2013 R/E Taxes | 2820-000 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount:   (     1,525.00 )<br>Title Report | 2500-000 | | | |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.22 | 101,024.00 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 150.16 | 100,873.84 |
| 11/21/14 | 030001 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's fees | 2100-000 | | 7,493.48 | 93,380.36 |
| 11/21/14 | 030002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Fees | 3110-000 | | 10,617.33 | 82,763.03 |
| 11/21/14 | 030003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Expenses | 3120-000 | | 221.17 | 82,541.86 |
| 11/21/14 | 030004 | Clerk of US Bankruptcy Court<br>219 S. Dearborn St., 7th Floor | Final Distribution<br>Fiiling Fee for Adversary | 2700-000 | | 350.00 | 82,191.86 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-39770 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | PINA, LUZ B | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0972 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9651 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/21/14 | 030005 | Chicago, IL 60602<br>Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Fees per Court Order | 3110-000 | | 5,308.67 | 76,883.19 |
| 11/21/14 | 030006 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | Final Distribution<br><br>Claim      347.72<br>Interest       0.37 | <br><br>7100-000<br>7990-000 | | 348.09 | 76,535.10 |
| 11/21/14 | 030007 | ORAL SURGERY CENTER<br>C/O EDELSTEIN & EDELSTEIN<br>3825 WEST MONTROSE AVE.<br>CHICAGO, IL 60618 | Final Distribution<br><br>Claim      718.57<br>Interest       0.77 | <br><br>7100-000<br>7990-000 | | 719.34 | 75,815.76 |
| 11/21/14 | 030008 | LUZ B PINA<br>BENSENVILLE, IL 60106 | Final Distribution<br>Surplus Funds | 8200-002 | | 36,130.37 | 39,685.39 |
| 11/21/14 | 030009 | Scott Papendick<br>23W567 Pine Drive<br>Carol Stream, IL 60188 | Final Distribution<br>Secured Debt Payoff | 4120-000 | | 39,685.39 | 0.00 |

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-39770 -DRC | Trustee Name: GINA B. KROL |
| Case Name: PINA, LUZ B | Bank Name: ASSOCIATED BANK |
| | Account Number / CD #: *******0972 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******9651 | |
| For Period Ending: 01/26/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| | Account *******0972 | Balance Forward | 0.00 | |
| | 1 | Deposits | 101,048.22 | 9 Checks 100,873.84 |
| | 0 | Interest Postings | 0.00 | 2 Adjustments Out 174.38 |
| Memo Allocation Receipts: 136,000.00 | | | | 0 Transfers Out 0.00 |
| Memo Allocation Disbursements: 34,951.78 | | Subtotal | $ 101,048.22 | |
| | | | | Total $ 101,048.22 |
| Memo Allocation Net: 101,048.22 | 0 | Adjustments In | 0.00 | |
| | 0 | Transfers In | 0.00 | |
| | | Total | $ 101,048.22 | |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 01/26/15
GINA B. KROL

LFORM2T4  UST Form 101-7-TDR (5/1/2011) *(Page: 9)*                                                 Ver: 18.03b